Zieve, Brodnax & Steele, LLP
Erin M. McCartney, Esq. #308803
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:        (714) 848-7920
Facsimile:   (714) 908-7807
Email:         bankruptcy@zbslaw.com

Attorneys for Defendant, Ocwen Loan Servicing, LLC

**FILED & ENTERED**

**JUN 23 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY lozano    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Irma Cantu,<br><br>        Debtor.<br><br>Irma Cantu,<br><br>        Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC<br><br>        Defendant | Case No.: 6:10-bk-20626-MJ<br><br>Adversary No.: 6:17-ap-01057-MJ<br><br>Chapter: 13<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE ADVERSARY COMPLAINT UNDER FED. R. CIV. P. 12(B)(6) AND FED. R. BANK. P. 7012**<br><br>**Motion to Dismiss Hearing:**<br>Date:  June 15, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 301<br>      U.S. Bankruptcy Court<br>      3420 Twelfth Street<br>      Riverside, CA 92501 |

Defendant's Motion to Dismiss the Adversary Complaint under FED. R. CIV. P. 12(B)(6) AND FED. R. BANK. P. 7012 came on for hearing at the above-referenced time and place, the Honorable Meredith A. Jury, presiding.  Defendant appeared through its counsel, Erin M. McCartney, Esq.  All other appearances, if any, were duly noted on the record.

1

The Court, having considered the pleadings including the evidence attached thereto and the arguments presented, makes its Order as follows:

**IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss the Adversary Complaint under FED. R. CIV. P. 12(B)(6) and FED. R. BANK. P. 7012 is granted with leave to amend the complaint within 30 days.

**IT IS FURTHER ORDERED** that if an amended complaint is filed, Defendant has 30 days to file a response (from the filing date of the amended complaint).

### 

Date: June 23, 2017

Meredith A. Jury
United States Bankruptcy Judge